UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MBD # 2003-10333-DPW

EASTMAN KODAK COMPANY,
Plaintiff

V.

SUN MICROSYSTEMS, INC.,
Defendant

ORDER ON
THE STIPULATION TO EXTEND TIME TO FILE
OPPOSITIONS TO THE MOTION TO QUASH
(Docket #3)

December 3, 2003

ALEXANDER, M.J.

After consideration of the papers presented and in light of the parties' stipulation filed on November 25, 2003, the Stipulation Extending Time for Submission of Opposition to the Motion to Quash the Subpoena Issued to Non-Party Applix, Inc. (Docket #3) is treated as a motion to extend time and is ALLOWED. Any opposition to the motion to quash shall be filed no later than the close of business on December 15, 2003.

SO ORDERED.

/S/ Joyce London Alexander
United States Magistrate Judge