UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EASTMAN KODAK COMPANY,<br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br>　　　　　　　　　　Defendant. | )<br>)<br>) MBD No. 03-MC-10333-DPW<br>)<br>) Related Civil Action No. 02-CV-6074T(F)<br>) (W.D.N.Y.)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL OF APPLIX, INC. MOTION

Applix, Inc., the non-party witness and recipient of a subpoena duces tecum served in the

above-entitled action and Sun Microsystems, Inc., the issuer of the subpoena duces tecum,

hereby stipulate that Applix, Inc.'s Motion to quash deposition subpoena duces tecum be

dismissed.

Applix, Inc.
By its Attorneys,


Michael F. Giunta, BBO #543768
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA  02210
Tel No. (617) 406-4500

Date:  December 18, 2003

Sun Microsystems, Inc.
By its Attorneys,


James F. Feeney
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel No. (650) 849-3233

00800234